No. 6085.   JOHNSON *v.* TWOMEY, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 6088.   WILSON *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 6091.   FRASER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 6096.   MARANZE *v.* DAYTON SCHOOL BOARD ET AL. Sup. Ct. Ohio.   Certiorari denied.

No. 6109.   IN RE SPIGNER.   Sup. Ct. Cal.   Certiorari denied.

No. 6115.   JENKINS *v.* NEW JERSEY.   Super. Ct. N. J. Certiorari denied.

No. 6118.   HALLEY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 6119.   GILHOUSEN *v.* NELSON, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 6120.   PULLEY *v.* NORVELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 6122.   CALDRONE *v.* KANSAS.   Sup. Ct. Kan. Certiorari denied.

No. 6123.   FROST *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 6125.   RIDDICK *v.* COX, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 6129.   GRAY *v.* UNITED STATES LINES.   C. A. 2d Cir.   Certiorari denied.

No. 6130.   INMAN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.